UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK WILLIAM WRAGGE, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORTH CAROLINA, )<br>)<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:25-CV-1084-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 6], and DENIES Wragge's motion to proceed in forma pauperis. Wragge has failed to pay the filing fee before the deadline in the M&R. Accordingly, the clerk SHALL close the case.

<u>This Judgment filed and entered on July 15, 2025, and copies to:</u>
Derek William Wragge      (via US Mail to 619 Fullwood St., Wilmington, NC 28401)


July 15, 2025                              Peter A. Moore, Jr.
                                           Clerk of Court



                                           By: /s/ Stephanie Mann
                                               Deputy Clerk